UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAVID LINK, | ) CASE NO. 1:17-cv-2204 |
| | ) |
| Plaintiff, | ) JUDGE DANIEL AARON POLSTER |
| | ) |
| v. | ) **STIPULATION AND ORDER FOR** |
| | ) **DISMISSAL WITH PREJUDICE** |
| EUSTIS CABLE ENTERPRISES, LTD., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

NOW COME the parties, by and through their undersigned counsel, and hereby stipulate pursuant to F.R.C.P. 41(a)(1)(A) (ii) that the within case is hereby dismissed with prejudice, the parties to bear their own costs and fees.  Furthermore, pursuant to F.R.C.P. 41(a)(2), the parties request the Court's approval for (and dismissal of) Link's FLSA claims with prejudice, the parties to bear their own costs and fees.  Finally, the Court retains jurisdiction to ensure the parties' *Settlement Agreement and Release* is executed.

Respectfully submitted,

/s/ *Barry Y. Freeman*
Barry Y. Freeman (#0062040)
BUCKINGHAM DOOLITTLE &
BURROUGHS LLC
1375 E. 9th Street, Suite 1700
Cleveland, Ohio  44114
Telephone:  (216) 736.4223
Facsimile:  (216) 615.3023
bfreeman@bdblaw.com

/s/ *Shannon M. Draher*
Shannon M. Draher (#0074304)
NILGES DRAHER LLC
7266 Portage Street, N.W., Suite D
Massillon, Ohio  44646
Telephone:  (330) 470.4428
Fax:  (330) 754.1430
sdraher@ohlaborlaw.com

Approving the settlement of Link's FLSA claims as fair and reasonable and ordering those claims dismissed with prejudice.

                                                                                /s/ Dan Aaron Polster      1/8/2018
                                                             The Honorable Daniel Aaron Polster